IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00057–KMT

14200 PROPERTIES, L.L.C., a Colorado limited liability company,
    Plaintiff,

v.

DEPARTMENT OF TRANSPORTATION, STATE OF COLORADO, an agency of the State of Colorado, and
CITY OF AURORA, COLORADO, a Colorado municipal corporation,
    Defendants.

---

## ORDER

---

This matter is before the court on "Defendant City of Aurora's Motion to Dismiss" [Doc. No. 15] filed January 31, 2013.

**IT IS HEREBY ORDERED** that in view of the exhibits attached to the Defendant's Motion filed pursuant to Fed. R. Civ. P. 12(b)(6), the Defendant's motion is hereby converted to a motion for summary judgment pursuant to Fed. R. Civ. P. 56. It is thus further

**ORDERED** that on or before August 15, 2013, either party may submit to the court additional briefing on the motion, may submit additional materials, and may respond to the materials already submitted with any "material that is pertinent to the [Rule 56] motion."

Dated this 1st day of August, 2013.

BY THE COURT:

*/s/ Kathleen M. Tafoya*
Kathleen M. Tafoya
United States Magistrate Judge