IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00057–KMT

14200 PROPERTIES, L.L.C., a Colorado limited liability company,
    Plaintiff,

v.

CITY OF AURORA, COLORADO, a Colorado municipal corporation,

    Defendant.

---

## ORDER

---

This matter is before the court on the "Joint Stipulated Motion to Dismiss with Prejudice" (Doc. No. 57, filed February 18, 2014).  The Motion to Dismiss is GRANTED.

All claims brought by Plaintiff against Defendant the City of Aurora, Colorado, are DISMISSED with prejudice, each party to bear its own costs and attorneys' fees.

The Final Pretrial Conference set for February 24, 2014, is VACATED.

Dated this 18th day of February, 2013.

BY THE COURT:

_[signature]_

Kathleen M. Tafoya
United States Magistrate Judge