IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00057–KMT

14200 PROPERTIES, L.L.C., a Colorado limited liability company,
    Plaintiff,

v.

DEPARTMENT OF TRANSPORTATION, STATE OF COLORADO, an agency of the State of Colorado,

    Defendant.

## AMENDED ORDER

This matter is before the court on the "Joint Stipulated Motion to Dismiss with Prejudice" (Doc. No. 57, filed February 18, 2014). The Motion to Dismiss is GRANTED.

All claims brought by Plaintiff against Defendant Department of Transporation, State of Colorado, an agency of the State of Colorado, are DISMISSED with prejudice, each party to bear its own costs and attorneys' fees.

The Final Pretrial Conference set for February 24, 2014, is VACATED.

Dated this 18th day of February, 2014.

BY THE COURT:

*(signature)*

Kathleen M. Tafoya
United States Magistrate Judge