# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00057-KMT

14200 PROPERTIES, L.L.C., a Colorado limited liability company,

    Plaintiff,

v.

DEPARTMENT OF TRANSPORTATION, STATE OF COLORADO, an agency of the State of Colorado,

    Defendant.

## FINAL JUDGMENT

    Pursuant Fed. R. Civ. P. 58(a) and the Order granting [44] Joint Stipulated Motion to Dismiss with Prejudice by Magistrate Judge Kathleen M. Tafoya entered on February 18, 2014, which terminated the remaining two parties in the case, the following Final Judgment is hereby entered.

    Pursuant to the Order [36] granting Defendant City of Aurora's Motion [for Summary Judgment] by Magistrate Judge Kathleen M. Tafoya entered on September 5, 2013 it is

    ORDERED Plaintiff's claims against Defendant City of Aurora, Colorado, are DISMISSED WITH PREJUDICE.   Judgment SHALL ENTER with prejudice on behalf of Defendant City of Aurora, Colorado, and against Plaintiff, 14200 PROPERTIES, L.L.C., as to all claims and causes of action asserted against it; and, Defendant City of Aurora, Colorado is awarded its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 19th day of February, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

By: s/ S. Grimm

                S. Grimm
                Deputy Clerk